**SO ORDERED.**

**SIGNED this 09 day of May, 2011.**

_____
**ROBERT E. LITTLEFIELD, JR.
CHIEF UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK     /

IN RE**:  Brian J. Murphy and**                              Chapter 13
            **Marie L. Murphy**                                     Case No. 10-11759
                                        Debtors       /
_____
**ORDER APPROVING MORTGAGE MODIFICATION**
_____

        Upon the Notice of Motion and Motion for an Order approving Mortgage Modification dated April 12, 2011, filed by the above-named debtors, for an Order, permitting the debtors to modify the second mortgage lien of Chase, as fully set forth in the Notice of Motion dated April 12, 2011, and upon proof of service as required by the Court, and the court having considered the merits of the Motion, and due deliberation having been had thereon, it is hereby

        ORDERED, that Chase is hereby authorized to modify the second mortgage lien encumbering real property known as 150 Altamont Drive, Hurley, New York.

###